**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Allen NORWOOD,**
**Defendant/Appellant.**

**No. ED 77481.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 26, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 22, 2001.

Application to Transfer Denied
April 24, 2001.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, MO, for appellant.

Before MARY K. HOFF, C.J.,
KATHIANNE KNAUP CRANE, J., and
ROBERT E. CRIST, Sr. J.

*ORDER*

PER CURIAM.

Defendant, Allen Norwood, appeals from the judgment entered on a jury verdict finding him guilty of robbery in the first degree, in violation of Section 569.020 (1994). The trial court sentenced defendant as a prior and persistent offender to ten years imprisonment. No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).